UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: HURRICANE IDA CLAIMS    CIVIL ACTIONS

NOS: 22-4916
 23-312
 23-397
 23-3895
 23-4019
 23-4063
 23-5609
 23-6288
 24-2001

SECTION: "J"

## ORDER

The above-cited cases are stayed, as part of the Eastern District of Louisiana Hurricane Ida Claims Case Management Order ("CMO"). Accordingly,

**IT IS HEREBY ORDERED** that the cases are **ADMINISTRATIVELY CLOSED** pending the conclusion of their proceedings in the CMO. Any party may file a written motion to reopen the case within **THIRTY (30) DAYS** of such conclusion or as necessary for claim resolution. The order applies to the above-cited cases, listed fully as follows:

| Case No. | Case Name |
|---|---|
| 22-4916 | *Jones v. USAA General Indemnity Company* |
| 23-312 | *Carter v. United Property and Casualty Insurance Co.* |
| 23-397 | *Robinson et al. v. United Property & Casualty Insurance Company* |
| 23-3895 | *Hurst v. Canopius US Insurance, Inc.* |
| 23-4019 | *Olsen et al. v. State Farm Fire & Casualty Company* |
| 23-4063 | *Puckett v. Centauri National Insurance Company* |

1

| 23-5609 | *Owens et al. v. State Farm Fire & Casualty Company* |
| 23-6288 | *Chiartano v. State Farm Fire and Casualty Insurance Company et al.* |
| 24-2001 | *Elly et al. v. State Farm Fire & Casualty Company* |

New Orleans, Louisiana, this 5th day of September, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE